IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM GLISSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No.  12-cv-1301-CJP |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 24), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff William Glisson and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:   November 7, 2013

NANCY J. ROSENSTENGEL, CLERK

BY:   s/Brenda K. Lowe
        Deputy Clerk


Approved by s/ Clifford J. Proud
        Clifford J. Proud
        U.S. Magistrate Judge